IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **No. 25-8-3** |
| | : | |
| **JANMARIE LANZO** | : | |
| **610 VENETO LOOP** | | |
| **LAKE HAVASU CITY, AZ 86403** | | |

<u>**NOTICE OF HEARING**</u>

Take notice that the defendant is scheduled for a **change of plea hearing** on **December 2, 2025**, at **10:00 a.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A Spanish interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**


For additional information, please contact the undersigned.


By:        Patricia Clark, Civil/Criminal Deputy to J. McHugh
            Phone: 267.299.7301


Date:        10/23/25


cc via U.S. Mail:        Defendant: Janmarie Lanzo
cc via email:            Defense Counsel: Fortunato N. Perri, Jr.
                        Assistant U.S. Attorney: Ruth Mandelbaum, Paul G. Shapiro
                        U.S. Marshal
                        Court Security
                        Probation Office
                        Pretrial Services
                        Interpreter Coordinator


crnotice (July 2021)